IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SHAWN MICHAEL DINNELLA**                      **PLAINTIFF**

v.                          **CAUSE NO. 1:13CV33-LG-JMR**

**SHAMBRICA JONES and**
**ALISEA MENNA**                                     **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [61] filed by the defendant, Shambrica Jones, and this Court's sua sponte Order Dismissing Shawn Michael Dinnella's claims against Alisea Menna, the Court, after a full review of the pleadings on file and the relevant legal authority, finds that in accord with the Orders entered herein,

**IT IS ORDERED AND ADJUDGED** that Shawn Michael Dinnella's claims against Alisea Menna are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve process.

**IT IS FURTHER ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of Shambrica Jones, pursuant to Fed. R. Civ. P. 56.  Dinnella's federal claims against Jones are hereby **DISMISSED WITH PREJUDICE** and his state law claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 31st day of March, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE